David K. Gottlieb
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, CA 91403-2201
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

TEDDI OF CALIFORNIA

Debtor.

)   Case No. 2:03-BK-40849-SB
)   Chapter 7
)
)
)   **NOTICE OF UNCLAIMED**
)   **DIVIDENDS**
)   **3011**
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.1129 in the sum of $15,254.75 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 49 | A & E Products Group Lp, 104 Carnegie Ctr Dr Ste 301, Princeton, Nj 08540 | $1,797.95 | $45.79 |
| 48 | Randy Hangers, Llc, 25 East Union Avenue, E Rutherford, Nj 07073-2140 | $1,423.00 | $36.24 |
| 46 | Crc Management, Inc., 53-02 11th Street, Long Island, Ny 11101 | $3,717.91 | $94.69 |
| 42 | Avery Dennison Corporation, C/o Taras Szmagala Jr Esq, 7590 Auburn Road 16j, Painesville, Oh 44077 | $973.48 | $24.79 |
| 40 | Reliant Business Systems, Po Box 9320, Glendale, Ca 91206 | $1,961.56 | $49.96 |
| 37 | Far East Thread & Supply, 1140 South Hope Street, Los Angeles, Ca 90015 | $408.04 | $10.39 |
| 23 | Blue Shield Of California, 50 Beale St 22nd Fl, San Francisco, Ca 94120 | $599.43 | $15.27 |
| 19 | Citicorp Vendor Finance Inc, Attn: Libbi | $6,510.60 | $165.82 |

| | | | | |
|---|---|---|---|---|
| | | Sullivan, 1800 Overcenter Drive, Moberly, Mo 65270 | | |
| | 12 | G E Capital Commercial Services Inc, 156 West 56th St, New York, Ny 10019 | $8,655.51 | $220.45 |
| | 10 | Fashion Concept Trading Co, Attn Ma Cheuk Kwan Unit G 12/f, 2 Tai Yau Street San Po Kong, | $27,745.83 | $706.66 |
| | 9 | Brilliant Chances Coversead Ltd, Att. Ma Chun Chin, unit 09, Lauresl, Industrial Centre, 32 Tai Yam Street, San, | $308,885.26 | $7,866.98 |
| | 6 | Ampress Logistic Inc, 8723 Bellanca Ave Unit B, Los Angeles, Ca 90045 | $85,150.78 | $2,168.70 |
| | 3 | Cit Group/commercial Services Inc, 1211 Ave Of The Americas, New York, Ny 10036 | $151,125.83 | $3,849.01 |
| | | | *Total Unclaimed Dividends:* | $15,254.75 |

Dated: January 18, 2011

_____
DAVID K. GOTTLIEB
Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Chapter 7 Trustee, 15233 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403-2201

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On January 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Office of U.S. Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | LAURA HUA | /s/ Laura Hua |
|---|---|---|
| Date | Type Name | Signature |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Bank of America, N.A.
CUSTOMER CONNECTION

DAVID K. GOTTLIEB
CHAPTER 7 TRUSTEE
15233 VENTURA BLVD., 9TH FLOOR
SHERMAN OAKS, CA 91403-2201

TURNOVER OF UNCLAIMED FUNDS

**CHECK NUMBER**
1129

| DATE | AMOUNT |
|---|---|
| 01/18/11 | ******15,254.75 |

| CASE NUMBER | DEBTOR |
|---|---|
| 2:03-BK-40849    SB | TEDDI OF CALIFORNIA |

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
ATTN: FISCAL DEPT.
255 E. TEMPLE STREET, ROOM 1067
LOS ANGELES, CA 90012

Fifteen Thousand Two Hundred Fifty Four Dollars And 75/100

David K. Gottlieb, Chapter 7 Trustee
Void After 90 Days

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001129⑈ ⑆111000012⑆ 4437575188⑈

---

| Date: 01/18/11 | Check Number: 1129 | Amount: 15,254.75 |
|---|---|---|

Debtor Name: TEDDI OF CALIFORNIA
Case Number: 2:03-BK-40849

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>ATTN: FISCAL DEPT.<br>255 E. TEMPLE STREET, ROOM 1067<br>LOS ANGELES, CA  90012 | DAVID K. GOTTLIEB<br>CHAPTER 7 TRUSTEE<br>15233 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAKS, CA 91403-2201 |
|---|---|---|

Description:   TURNOVER OF UNCLAIMED FUNDS

Bank Account Number:   4437575188